## OPINIONS PER CURIAM, ETC., FROM APRIL 6, TO JUNE 22, 1914.

No. 887. CLINCHFIELD COAL CORPORATION, PLAINTIFF IN ERROR, v. R. L. MANESS: In error to the Supreme Court of the State of Tennessee. Motion to dismiss or affirm submitted March 23, 1914. Decided April 6, 1914. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Patterson* v. *Colorado*, 205 U. S. 454; *Preston* v. *Chicago*, 226 U. S. 447. *Mr. John W. Price* and *Mr. J. Norman Powell* for the plaintiff in error. *Mr. Isaac Harr* and *Mr. Robert Burrow* for the defendant in error.

---

No. ——. Original. *Ex parte:* IN THE MATTER OF G. & C. MERRIAM COMPANY, PETITIONER. Submitted March 23, 1914. Decided April 6, 1914. Motion for leave to file a petition for a writ of mandamus denied. *Mr. William B. Hale* for the petitioner.

---

No. 244. CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY, PLAINTIFF IN ERROR, v. PINE TREE LUMBER COMPANY, LIMITED. In error to the Court of Appeals for the Second Circuit of Louisiana. Submitted March 9, 1914. Decided April 6, 1914. Judgment affirmed with costs by an equally divided court. *Mr. Thomas S. Buzbee* for the plaintiff in error. *Mr. Walter Elder* for the defendant in error.